```
                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF PUERTO RICO
```

DIGNO E. TORRES, et al.,

    **Plaintiff(s)**

          **v.**             **CIVIL NO.** 02-2769 (JAG)

THE COMMONWEALTH OF PUERTO RICO, et al.,

    **Defendant(s)**

## ORDER

    Defendants' motion for judgment on the pleadings (Docket No. 102) is hereby **DENIED**.  Notwithstanding the fact that the deadline for the filing of dispositive motions has long passed, defendants have failed to include certified translations of their exhibits in accordance with Local Civ. Rules 10(b) & 43.  "Depositions that have not been translated into English are not . . . part of the record." Estades-Negroni v. Associates Corp. of North America., 359 F.3d 1, 2 (1st Cir. 2004).  Accordingly, the Court may not consider defendants' exhibits and their motion, insofar as it is dependent upon them, must be denied.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 8th day of August 2005.

                                     S/Jay A. Garcia-Gregory
                                     JAY A. GARCIA-GREGORY
                                     United States District Judge